# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# AT FRESNO

| | |
|---|---|
| USA | 1:06-CR-184 LJO |
|        Plaintiff, | |
|    vs. | **RECONVEYANCE ORDER** |
| JAMES K. MANN, | |
|        Defendant. | |

On July 3, 2008, the above-entitled defendant, JAMES K. MANN, was sentenced before the Honorable U.S. District Judge Lawrence J. O'Neill in the Eastern District of California.  The passport of defendant JAMES K. MANN (doc. 12) shall be reconveyed forthwith.

IT IS SO ORDERED.

**Dated:    July 3, 2008**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE