**MARK W. COLEMAN, #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
JAMES MANN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MANN, ET AL.,<br><br>Defendants. | Case No.: 1:06-CR-00184 LJO<br><br>**EX PARTE REQUEST AND DECLARATION OF COUNSEL IN SUPPORT THEREOF FOR ORDER TERMINATING DEFENDANT JAMES MANN'S PROBATION PRIOR TO THE EXPIRATION DATE AND ORDER** |

COMES NOW defendant James Mann, through counsel, Mark W. Coleman, hereby makes an ex parte application to the court for an order terminating his probation prior to the expiration date.

In support of this ex parte request, counsel declares:

I am an attorney licensed to practice in the state of California and before this court, and I am the attorney fo record for defendant James Mann in the above-captioned case.

On July 3, 2008, judgement and sentence was imposed by this court, placing James Mann on Probation for a period of 60 months (See Exhibit "A" - Second Amended Judgement in a Criminal Case).

During the more than one year defendant has been on probation, he has paid all fines ordered by the court and has completed his 70 hours of unpaid community service.

Defendant has maintained gainful employment during his period of probation.

Counsel spoke with Defendant's probation officer, Yasmin Villegas, and she does not have

1  any objection to defendant's early termination from probation.

2      As defendant has been on probation for more than one year, the court has discretion to
3  terminate defendant's probation prior to the expiration date.

4      Based on the foregoing and the file and records in this case, good cause exists to permit the
5  requested early termination of probation.  Alternatively, defendant respectfully requests a hearing
6  be held on this request.

7      I declare under penalty of perjury that the foregoing is true and correct, and that this
8  declaration is executed on September 22, 2009, at Fresno, California.

9

10              /s/ MARK W. COLEMAN

11              _____
12              MARK W. COLEMAN

13

14         \* \* \* \* \* \* \* \* \* \* \* \* \*

15  **ORDER**

16  Good Cause Appearing,

17    and the Government's non-objection

18     that defendant, JAMES MANN'S probation be terminated,

19  IT IS SO ORDERED.

20  **Dated:   September 24, 2009**        /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28